1
2
3
4
5
6

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

7   GRANT D. BAILEY,                          Case No. 2:16-cv-00791-JCM-PAL

8                               Plaintiff,              ORDER

9         v.

    I.C. SYSTEM, INC.
10
                                Defendant.
11

12        Before the court is the Notice of Settlement Between Grant D. Bailey and I.C. Systems,

13   Inc. (Dkt. #5).  The parties advise that a settlement has been reached and that a stipulation to

14   dismiss should be filed within 60 days.  Accordingly,

15        **IT IS ORDERED** that Grant D. Bailey and I.C. Systems, Inc. shall have until **July 8,**

16   **2016,** to file a stipulation to dismiss, or a joint status report advising when the stipulation to

17   dismiss will be filed.

18        DATED this 9th day of May, 2016.

19

20                                        _____

21                                        PEGGY A. LEEN
                                          UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28

1